IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT SHURMAN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : No. 02-2956 |
| ELECTRONIC MANAGED ACCOUNT TECHNOLOGIES, INC. LEONARD REINHART, and JAY WHIPPEL, III | : |
| Defendants. | : |

**MOTION OF DEFENDANTS ELECTRONIC
MANAGED ACCOUNT TECHNOLOGIES, INC.,
LEONARD REINHART, AND JAY WHIPPEL, III
TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)
AND FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 26**

Defendant Electronic Managed Account Technologies, Inc. ("EMAT"), by and through its undersigned counsel, Duane Morris LLP, moves to dismiss count III of the amended complaint pursuant to Fed. R. Civ. P. 12(b)(6) and for failure to comply with Fed. R. Civ. P. 26.

Defendants Leonard Reinhart and Jay Whippel, III, by and through their undersigned counsel, Duane Morris LLP, move to dismiss the amended complaint in its entirety as to these defendants pursuant to Fed. R. Civ. P. 12(b)(6) and for failure to comply with Fed. R. Civ. P. 26.

Defendants EMAT, Leonard Reinhart, and Jay Whippel, III incorporate by reference their memorandum of law in support of the motion to dismiss as if set forth fully herein at length.

    Respectfully submitted,

    **DUANE MORRIS LLP**

    BY: _____
    Peter Jason
    Elliott B. Sulcove
    One Liberty Place
    1650 Market Street
    Philadelphia, PA  19103-7396
    (215) 979-1174/1116

    Attorneys for Defendants, Electronic Managed Account Technologies, Inc., Leonard Reinhart and Jay Whippel, III

Dated: _____

PH2\666913.1