IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT SHURMAN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION |
| : | No. 02-2956 |
| ELECTRONIC MANAGED ACCOUNT : | |
| TECHNOLOGIES, INC. LEONARD : | |
| REINHART, and JAY WHIPPEL, III : | |
| : | |
| Defendants. : | |

## ORDER

AND NOW, this _____ day of _____, 2002, upon consideration of motion of defendants Electronic Managed Account Technologies, Inc., Leonard Reinhart, and Jay Whippel, III to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and for failure to comply with Fed. R. Civ. P. 26, it is hereby ORDERED that the motion is GRANTED.  Count III of the amended complaint is DISMISSED.

BY THE COURT:

_____
, U.S.D.J.