IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT SHURMAN | : | |
|         Plaintiff, | : | CIVIL ACTION |
| vs. | : | |
| | : | |
| ELECTRONIC MANAGED | : | NO. 02-2956 |
| ACCOUNT TECHNOLOGIES, INC., | : | |
| JAY WHIPPEL, III; and, LEONARD | : | |
| REINHART | : | |
|         Defendants. | : | |

## O R D E R

**AND NOW**, this 3rd day of April, 2003, upon consideration of the request of the parties to refer this matter to a United States Magistrate Judge for mediation, at the request of the parties, **IT IS ORDERED** as follows:

    1. This case is **REFERRED** to United States Magistrate Judge Thomas J. Rueter for mediation by agreement of the parties;

    2. The date for filing defendants' response to plaintiff's Motion for Summary Judgment is **EXTENDED** until further order of the Court;

    3. The time for filing defendants' Motion(s) for Summary Judgment is **EXTENDED** until further order of the Court; and,

    4. The date for marking and exchanging trial exhibits, currently scheduled for April 3, 2003, is **EXTENDED** until further order of the Court.

    **IT IS FURTHER ORDERED** that, in addition to counsel, a copy of this Order shall be served on United States Magistrate Judge Thomas J. Rueter.

                                            **BY THE COURT:**

                                            _____
                                            **JAN E. DUBOIS, J.**