IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT SHURMAN | : | |
| Plaintiff, | : | CIVIL ACTION |
| vs. | : | |
| | : | |
| ELECTRONIC MANAGED | : | NO.  02-2956 |
| ACCOUNT TECHNOLOGIES, INC. , | : | |
| JAY WHIPPEL, III; and, LEONARD | : | |
| REINHART | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 3rd day of April, 2003, upon consideration of the Motion of defendant, Electronic Managed Account Technologies, Inc., to Compel Production of the Laptop Computer Owned by Electronic Managed Account Technologies, Inc., in the Possession of Plaintiff (Document No. 19, filed March 28, 2003), the parties having reported to the Court by letter dated April 2, 2003, that plaintiff has agreed to provide to defendant, Electronic Managed Account Technologies, Inc., the laptop computer which is the subject of the Motion at the office of Duane Morris in New York, New York, on Friday, April 4, 2003, in return for defendant's agreement to produce for plaintiff copies of all documentation retrieved from the laptop computer at no cost, and that the Motion to Compel is therefore moot, **IT IS ORDERED** that the Motion of defendant, Electronic Managed Account Technologies, Inc., to Compel Production of the Laptop Computer Owned by Electronic Managed Account Technologies, Inc., in the Possession of Plaintiff is **DENIED AS MOOT.**

BY THE COURT:

_____
**JAN E. DUBOIS, J.**