IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT SHURMAN | : | |
| Plaintiff, | : | CIVIL ACTION |
| vs. | : | |
| | : | |
| ELECTRONIC MANAGED | : | NO. 02-2956 |
| ACCOUNT TECHNOLOGIES, INC., | : | |
| JAY WHIPPEL, III; and, LEONARD | : | |
| REINHART | : | |
| Defendants. | : | |

### O R D E R

**AND NOW**, this 6th day of May, 2003, upon consideration Plaintiff Robert Shurman's Motion for Summary Judgment as to Defendant Electronic Managed Account Technologies, Inc.'s Counterclaim and Motion for Summary Judgment on Plaintiff's Contract Claim (Count I) (Document No. 14, filed February 14, 2003), and Defendants' Response, **IT IS ORDERED** that Plaintiff Robert Shurman's Motion for Summary Judgment as to Defendant Electronic Managed Account Technologies, Inc.'s Counterclaim and Motion for Summary Judgment on Plaintiff's Contract Claim (Count I) are **DENIED** on the ground that the submissions of the parties present genuine issues of material fact.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**