IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT SHURMAN | : | |
|      Plaintiff, | : | CIVIL ACTION |
| vs. | : | |
| | : | |
| ELECTRONIC MANAGED | : | NO. 02-2956 |
| ACCOUNT TECHNOLOGIES, INC., | : | |
| JAY WHIPPEL, III; and, LEONARD | : | |
| REINHART | : | |
|      Defendants. | : | |

## O R D E R

**AND NOW**, this 14th day of May, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

                                                 **BY THE COURT:**

                                                 _____
                                                 **JAN E. DUBOIS, J.**