IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT SHURMAN | : | |
| Plaintiff, | : | CIVIL ACTION |
| vs. | : | |
| | : | |
| ELECTRONIC MANAGED | : | NO. 02-2956 |
| ACCOUNT TECHNOLOGIES, INC., | : | |
| JAY WHIPPEL, III; and, LEONARD | : | |
| REINHART | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 14th day of August, 2003, at the request of the plaintiff for an extension of the time for moving to vacate the dismissal order in this case,[1] and good cause appearing, **IT IS ORDERED** that the time for moving to vacate the dismissal order issued in this case under Local Civil Rule 41.1(b) on May 14, 2003, is **EXTENDED** for an additional forty-five (45) days.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**

---

[1] An Order dismissing the action with prejudice under Local Civil Rule 41.1(b) was issued on May 4, 2003. Plaintiff's request was contained in a letter from counsel dated August 14, 2003. A copy of the letter shall be docketed.